1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  DAN M. KARMEL (NYBN 5151485)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7007
7       FAX: (415) 436-7234
        dan.karmel@usdoj.gov
8
   Attorneys for United States of America
9

                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,                  ) NO. CR 23-00130 JD
                                                )
14 |         Plaintiff,                         ) STIPULATION TO CONTINUE CHANGES OF
                                                ) PLEA AND EXCLUDE TIME FROM AUGUST 26,
15 |    v.                                      ) 2024, TO SEPTEMBER 23, 2024, AND
                                                ) [PROPOSED] ORDER
16 | SEVERO PINEDA and FRANCISCO JAVIER         )
   | SOLORIODUARTE,                             )
17 |                                            )
             Defendants.                        )
18 |_____)

19
          Counsel for defendants Severo Pineda and Francisco Javier Solorioduarte and the United States
20
   jointly request that the defendants' changes of plea currently scheduled for August 26, 2024, be
21
   continued until September 23, 2024. The reason for the request is that defense counsel require
22
   additional time to review discovery and the government's plea offers with their clients with the
23
   assistance of Spanish language interpreters.
24
          It is therefore stipulated by and between counsel for the United States and counsel for defendants
25
   Severo Pineda and Francisco Javier Solorioduarte that time be excluded under the Speedy Trial Act
26
   from August 26, 2024, through September 23, 2024. The government and counsel for the defendants
27
   agree that time be excluded under the Speedy Trial Act so that defense counsel can continue to prepare,
28

   STIPULATION AND [PROPOSED] ORDER
   Case No. CR 23-00130 JD

including by reviewing discovery produced by the government. The parties therefore stipulate and agree that excluding time until September 23, 2024, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from August 26, 2024, through September 23, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendants to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: August 15, 2024

/s/
DAN M. KARMEL
Assistant United States Attorney

DATED: August 15, 2024

/s/
K. ALEXANDRA MCCLURE
Counsel for Defendant PINEDA

DATED: August 15, 2024

/s/
RICHARD TAMOR
Counsel for Defendant SOLORIODUARTE

## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court hereby continues the changes of plea in the above-captioned matter from August 26, 2024, to September 30, 2024, and finds that failing to exclude the time from August 26, 2024, through September 30, 2024, would unreasonably deny defense counsel and the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from August 26, 2024, to September 30, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time from August 26, 2024, through September 30, 2024, shall be excluded from computation

1 under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

2       IT IS SO ORDERED.

4 DATED: August 22, 2024

_____
HON. JAMES DONATO
United States District Judge