ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

DAN M. KARMEL (NYBN 5151485)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7007
    FAX: (415) 436-7234
    dan.karmel@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 23-00130 JD |
| Plaintiff, | STIPULATION TO CONTINUE CHANGES OF PLEA AND EXCLUDE TIME FROM SEPTEMBER 30, 2024, TO OCTOBER 21, 2024, AND [PROPOSED] ORDER |
| v. | |
| SEVERO PINEDA and FRANCISCO JAVIER SOLORIODUARTE, | |
| Defendants. | |

    Counsel for defendants Severo Pineda and Francisco Javier Solorioduarte and the United States jointly request that the defendants' changes of plea currently scheduled for September 30, 2024, be continued until October 21, 2024. The reason for the request is that defense counsel require additional time to review discovery and the government's plea offers with their clients with the assistance of Spanish language interpreters.

    It is therefore stipulated by and between counsel for the United States and counsel for defendants Severo Pineda and Francisco Javier Solorioduarte that time be excluded under the Speedy Trial Act from September 30, 2024, through October 21, 2024. The government and counsel for the defendants agree that time be excluded under the Speedy Trial Act so that defense counsel can continue to prepare,

STIPULATION AND [PROPOSED] ORDER
Case No. CR 23-00130 JD

including by reviewing discovery produced by the government. The parties therefore stipulate and agree that excluding time until October 21, 2024, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from September 30, 2024, through October 21, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendants to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: September 20, 2024

/s/
DAN M. KARMEL
Assistant United States Attorney

DATED: September 20, 2024

/s/
K. ALEXANDRA MCCLURE
Counsel for Defendant PINEDA

DATED: September 20, 2024

/s/
RICHARD TAMOR
Counsel for Defendant SOLORIODUARTE

## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court hereby continues the changes of plea in the above-captioned matter from September 30, 2024, to November 4, 2024, and finds that failing to exclude the time from September 30, 2024, through November 4, 2024, would unreasonably deny defense counsel and the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from September 30, 2024, to November 4, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time from September 30, 2024, through November 4, 2024, shall be excluded from computation

1 | under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

2 |     IT IS SO ORDERED.

4 | DATED: September 27, 2024

                          HON. JAMES DONATO
                          United States District Judge

STIPULATION AND [PROPOSED] ORDER
Case No. CR 23-00130 JD