ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

DAN M. KARMEL (NYBN 5151485)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7007
    FAX: (415) 436-7234
    dan.karmel@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>SEVERO PINEDA and FRANCISCO JAVIER SOLORIODUARTE,<br><br>    Defendants. | NO. CR 23-00130 JD<br><br>STIPULATION TO CONTINUE CHANGES OF PLEA AND EXCLUDE TIME FROM NOVEMBER 4, 2024, TO JANUARY 6, 2025, AND [PROPOSED] ORDER |

    Counsel for defendants Severo Pineda and Francisco Javier Solorioduarte and the United States jointly request that the defendants' changes of plea currently scheduled for November 4, 2024, be continued until January 6, 2025. The reason for the request is that defense counsel require additional time to review discovery and the government's plea offers with their clients with the assistance of Spanish language interpreters.

    It is therefore stipulated by and between counsel for the United States and counsel for defendants Severo Pineda and Francisco Javier Solorioduarte that time be excluded under the Speedy Trial Act from November 4, 2024, through January 6, 2025. The government and counsel for the defendants agree that time be excluded under the Speedy Trial Act so that defense counsel can continue to prepare,

STIPULATION AND [PROPOSED] ORDER
Case No. CR 23-00130 JD

1  including by reviewing discovery produced by the government. The parties therefore stipulate and agree
2  that excluding time until January 6, 2025, will allow for the effective preparation of counsel. *See* 18
3  U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by
4  excluding the time from November 4, 2024, through January 6, 2025, from computation under the
5  Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C.
6  § 3161(h)(7)(A), (B)(iv).

7  The undersigned Assistant United States Attorney certifies that he has obtained approval from
8  counsel for the defendants to file this stipulation and proposed order.

9  IT IS SO STIPULATED.

10

11 DATED: October 31, 2024                    /s/
                                              DAN M. KARMEL
12                                            Assistant United States Attorney

13
   DATED: October 31, 2024                    /s/
14                                            K. ALEXANDRA MCCLURE
                                              Counsel for Defendant PINEDA
15

16 DATED: October 31, 2024                    /s/
                                              RICHARD TAMOR
17                                            Counsel for Defendant SOLORIODUARTE

18
                              [~~PROPOSED~~] ORDER
19
        Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court
20
   hereby continues the changes of plea in the above-captioned matter from November 4, 2024, to January
21
   27, 2025, and finds that failing to exclude the time from November 4, 2024, through January 27, 2025,
22
   would unreasonably deny defense counsel and the defendants the reasonable time necessary for effective
23
   preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court
24
   further finds the ends of justice served by excluding the time from November 4, 2024, to January 27,
25
   2025, from computation under the Speedy Trial Act outweigh the best interests of the public and the
26
   defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time from November 4,
27
   2024, through January 27, 2025, shall be excluded from computation under the Speedy Trial
28

STIPULATION AND [~~PROPOSED~~] ORDER
Case No. CR 23-00130 JD

Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: November 1, 2024

_____
HON. JAMES DONATO
United States District Judge