1  **RICHARD A. TAMOR, ESQ.**
   TAMOR & TAMOR
2  The Sierra Building
   311 Oak Street, Suite 108
3  Oakland, California 94607
   Telephone: (415) 655-1969
4  email: rtamor@TamorLaw.com

5  Attorneys for Defendant,
   JAVIER SOLORIO-DUARTE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. CR-23-130 JD |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND [PROPOSED]** |
| v. | ) **ORDER CONTINUING CHANGE** |
| | ) **OF PLEA HEARING** |
| JAVIER SOLORIO-DUARTE, | ) |
| Defendant. | ) |

1. On November 1, 2024, this Court set a Change of Plea hearing for January 27, 2025, and excluded time through that date to allow undersigned counsel to continue to review discovery and further discuss and/or finalize resolution of the case.

2. Since that date, Mr. Solorio-Duarte has had ongoing mental health issues as well as substance abuse issues, so that undersigned defense counsel has been unable to discuss this matter with Mr. Solorio-Duarte in any meaningful way. Undersigned defense counsel has been working with U.S. Pre-Trial Services to provide services to Mr. Solorio-Duarte to allow him to participate in the defense and resolution of his case.

3. Therefore, the parties have met and conferred and stipulate, with the Court's permission, that the Court continue the January 27, 2025, Change of Plea Hearing to February 24, 2025, for

Change of Plea or Status Conference.

7. The parties agree that this time is excludable from the Speedy Trial Act for effective preparation of counsel under 18 U.S.C. 3161(h)(7)(B)(iv), to continue to prepare including review discovery provided by the government with Mr. Solorio-Duarte. The parties also agree that the ends of justice served by excluding the time from January 27, 2025 through February 24, 2025, from computation under the Speedy Trial Act outweigh the best interests of the public and defendant in the prompt resolution of his case.

DATED: January 22, 2025              /s/ Richard A. Tamor
                                     Richard A. Tamor, Esq.
                                     Attorney for Defendant
                                     JAVIER SOLORIO-DUARTE

DATED: January 22, 2025              /s/ Dan Karmel
                                     Dan Karmel, AUSA
                                     Attorney for Plaintiff
                                     UNITED STATES

2

## [PROPOSED] ORDER

UPON STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING:

It is hereby ordered that Defendant Javier Solorio-Duarte's Change of Plea Hearing be continued from January 27, 2025, to February 24, 2025, for Change of Plea or Status Conference and that time will be excluded under 18 U.S.C. 3161(h)(7)(B)(iv) for effective preparation of counsel and that failure to grant an exclusion of time and a continuance of the matter would deny counsel the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by excluding the time from January 27, 2025, to February 24, 2025, from computation under the Speedy Trial Act outweigh the best interests of the public and defendant in a speedy trial.

DATED: January 23, 2025

_____
HON. JAMES DONATO
U.S. DISTRICT COURT JUDGE