**RICHARD A. TAMOR, ESQ.**
TAMOR & TAMOR
The Sierra Building
311 Oak Street, Suite 108
Oakland, California 94607
Telephone:  (415) 655-1969
email: rtamor@TamorLaw.com

Attorneys for Defendant,
JAVIER SOLORIO-DUARTE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                         )<br>                     Plaintiff,             )<br>                                                         )<br>         v.                                          )<br>                                                         )<br>JAVIER SOLORIO-DUARTE,       )<br>                                                         )<br>                     Defendant.         )<br>_____) | Case No. CR-23-130 JD<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING CHANGE**<br>**OF PLEA HEARING** |

   1. On January 23, 2025, this Court set a Change of Plea hearing for February 25, 2025, and excluded time through that date to allow undersigned counsel to continue to review discovery and further discuss and/or finalize resolution of the case.

   2. Since that date, Mr. Solorio-Duarte has continued to have ongoing mental health issues as well as substance abuse issues, so that undersigned defense counsel has only been sporadically able to discuss this matter with Mr. Solorio-Duarte.  Undersigned defense counsel has been working with U.S. Pre-Trial Services to provide services to Mr. Solorio-Duarte to allow him to participate in the defense and resolution of his case.

   3. For the same reasons, undersigned counsel continues to review the discovery provided by the government with Mr. Solorio-Duarte.


4. Therefore, the parties have met and conferred and stipulate, with the Court's permission, that the Court continue the February 24, 2025, Change of Plea Hearing to March 31, 2025, for Change of Plea or Status Conference.

5. The parties agree that this time is excludable from the Speedy Trial Act for effective preparation of counsel under 18 U.S.C. 3161(h)(7)(B)(iv), to continue to prepare including review discovery provided by the government with Mr. Solorio-Duarte. The parties also agree that the ends of justice served by excluding the time from February 25, 2025 through March 31, 2025, from computation under the Speedy Trial Act outweigh the best interests of the public and defendant in the prompt resolution of his case.

DATED: February 20, 2025                /s/ Richard A. Tamor
                                        Richard A. Tamor, Esq.
                                        Attorney for Defendant
                                        JAVIER SOLORIO-DUARTE

DATED: February 20, 2025                /s/ Dan Karmel
                                        Dan Karmel, AUSA
                                        Attorney for Plaintiff
                                        UNITED STATES

## ~~[PROPOSED]~~ ORDER

UPON STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING:

It is hereby ordered that Defendant Javier Solorio-Duarte's Change of Plea Hearing be continued from February 24, 2025, to March 31, 2025, for Change of Plea or Status Conference and that time will be excluded under 18 U.S.C. 3161(h)(7)(B)(iv) for effective preparation of counsel and that failure to grant an exclusion of time and a continuance of the matter would deny counsel the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by excluding the time from February 24, 2025, to March 31, 2025, from computation under the Speedy Trial Act outweigh the best interests of the public and defendant in a speedy trial.

DATED: February 20, 2025

_____
HON. JAMES DONATO
U.S. DISTRICT COURT JUDGE