**RICHARD A. TAMOR, ESQ.**
TAMOR & TAMOR
The Sierra Building
311 Oak Street, Suite 108
Oakland, California 94607
Telephone: (415) 655-1969
email: rtamor@TamorLaw.com

Attorneys for Defendant,
JAVIER SOLORIO-DUARTE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-23-130 JD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL DATE** |
| v. | |
| JAVIER SOLORIO-DUARTE, | |
| Defendant. | |

1. This matter is currently scheduled for a three day Jury Trial on February 2, 2026.

2. Mr. Solorio-Duarte only recently completed a 60 day in patient drug treatment on December 22, 2025.

3. Since that date, Mr. Solorio-Duarte has lived in a Sober Living Environment and continues to have ongoing mental health treatment as well as substance treatment. Because of this and because of the Holidays, so that undersigned defense counsel has been almost impossible to discuss preparation of trial with Mr. Solorio-Duarte with a Spanish Interpreter.

4. In addition, the government has fairly recently provided the defense with a small tranche of discovery which undersigned counsel has not had the opportunity to review with Mr. Solorio-Duarte.

5. Finally, the defense and the government have had renewed settlement discussions that undersigned counsel has not discussed with Mr. Solorio-Duarte.

6. Therefore, because of the foregoing, and to accommodate trial counsel's witness availability issues, the parties have met and conferred and stipulate, with the Court's permission, that the Court continue the February 2, 2026, Trial Date to May 4, 2026.

7. The parties further stipulate and agree that excluding time until May 4, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from February 2, 2026, through May 4, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

8. The parties will provide a separate Stipulated Pre-Trial Schedule once the Trial Date has been continued.

DATED: January 5, 2026         /s/ Richard A. Tamor
                               Richard A. Tamor, Esq.
                               Attorney for Defendant
                               JAVIER SOLORIO-DUARTE

DATED: January 5, 2026         /s/ Dan Karmel
                               Dan Karmel, AUSA
                               Attorney for Plaintiff
                               UNITED STATES

# [~~PROPOSED~~] ORDER

UPON STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING:

It is hereby ordered that Defendant Javier Solorio-Duarte's Trial Date be continued from February 2, 2026, to May 4, 2026, for Trial.

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from February 2, 2026, through May 4, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from February 2, 2026, through May 4, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. The time from February 2, 2026, through May 4, 2026, shall be therefore excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: January 6, 2026

_____
HON. JAMES DONATO
U.S. DISTRICT JUDGE