Case 3:23-cr-00130-JD    Document 242    Filed 04/03/26    Page 1 of 2

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236255)
Chief, Criminal Division

DANIEL N. KASSABIAN (CABN 215249)
KEVIN YEH (CABN 314079)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    (415) 436-7200
    daniel.kassabian@usdoj.gov
    kevin.yeh@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>FRANCISCO JAVIER SOLORIODUARTE,<br><br>    Defendant. | NO. CR 23-00130-JD-4<br><br>STIPULATED PRETRIAL SCHEDULE AND [PROPOSED] ORDER |

## STIPULATION

A trial in this matter is set before this Court on **May 4, 2026**. The parties have met and conferred regarding pretrial deadlines, and stipulate to and respectfully submit for the Court's consideration the following pretrial schedule.

| Events | Deadline |
|---|---|
| Rule 16 material, including expert witness disclosures.<br>Government to produce Jencks and *Giglio/Henthorn* material. | April 7, 2026 |
| Joint pretrial statement (if any).<br>Stipulations of fact (if any).<br>Motions in limine to be presented by each party in one document not to exceed 15 pages, with each motion listed as a subheading.<br>Trial brief (if any) stating legal bases for the charges and the anticipated evidence, and addressing any evidentiary, procedural, or other anticipated legal issues.<br>Exchange of exhibit and witness lists. | April 16, 2026 |

STIPULATION PRETRIAL SCHEDULE AND ORDER    1
Case No. CR 23-00130-JD-4

| Events | Deadline |
|---|---|
| Oppositions to motions in limine to be presented in each party in one document not to exceed 15 pages, with corresponding subheadings. (No reply papers may be filed unless the Court so directs.) | April 20, 2026 |
| Proposed jury questionnaire. | |
| Proposed voir dire questions. | |
| Joint exhibit list. | April 21, 2026 |
| Exhibit admissibility stipulations (if any). | |
| Proposed jury instructions. | |
| Proposed joint verdict form. | |
| Pretrial conference. | April 27, 2026 at 1:30 pm |

Counsel for the United States certify that they have obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: April 3, 2026

CRAIG H. MISSAKIAN
United States Attorney

_____/s/_____
DANIEL N. KASSABIAN
KEVIN YEH
Assistant United States Attorneys

DATED: April 3, 2026

_____/s/_____
RICHARD TAMOR
Counsel for Defendant

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ___4/9/26___

HON. JAMES DONATO
United States District Judge

STIPULATION PRETRIAL SCHEDULE AND ORDER     2
Case No. CR 23-00130-JD-4