CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

DANIEL N. KASSABIAN (CABN 215249)
KEVIN YEH (CABN 314079)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    (415) 436-7063
    kevin.yeh@usdoj.gov

Attorneys for United States of America

```
FILED

Apr 16 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 23-00130-JD-4 |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| FRANCISCO JAVIER SOLORIODUARTE, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the superseding information against defendant Francisco Javier Solorioduarte.

DATED: April 16, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

_____/s/_____
JEFF MITCHELL
Chief, Criminal Division

NOTICE OF DISMISSAL
No. CR 23-00130-JD-4 _____

Leave is granted to the government to dismiss the superseding information against defendant Francisco Javier Solorioduarte.

Date: April 16, 2026

HON. JAMES DONATO
United States District Judge

NOTICE OF DISMISSAL
No. CR 23-00130-JD-4 _____